JOHN W. FERGUSON, Appellant, v. EDWIN D. DEWITT and THE ONTARIO PRESS, INC., Respondents.— Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, upon the ground that whether the hiring was at will or for a definite term of five years was a question of fact for the jury (*Braxton* v. *Mendelson*, 233 N. Y. 122, 124; *Fellows* v. *Fairbanks Co.*, 205 App. Div. 271; *Reiss* v. *Usona Shirt Co.*, 174 id. 181; *Leifer* v. *Scheinman*, 179 id. 665; 1 Williston Cont. § 39), and upon the further ground that since the offer contained in the letter outlined the counter performance demanded and expected, plaintiff by his written acceptance expressly agreed to render such counter performance, and thereby furnished adequate consideration. All concur, except Sears, P. J., who dissents and votes for affirmance. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES R. DRAKE, Appellant, v. LINE-A-TIME MFG. CO., INC., Respondent. — Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLEMENCE BUCHANAN, Appellant, v. EDGAR S. JENNINGS, as Agent and Warden of Auburn Prison, Respondent.— Order affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MARY DORIS KETCHAM, an Infant, by IDA D. VROOMAN, Her Guardian ad Litem, Appellant, v. FRED B. WILBUR, as Executor, etc., of MARY B. HAND, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. NORTHWESTERN FIRE AND MARINE INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. UNITED STATES FIRE INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. GLENS FALLS INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

NIAGARA FERRY AND TRANSPORTATION COMPANY, Respondent, v. PHOENIX INSURANCE COMPANY, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.